JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL AYOTTE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARGARET BRUNO,<br><br>　　　　Defendant. | Case No. CV 22-7667 MRW<br>**JUDGMENT**<br>**FRCP 52** |

    For the reasons stated in the Court's findings of fact and conclusions of law (FRCP 52), judgment is hereby ENTERED in favor of Defendant Bruno and against Plaintiff Ayotte.

Dated: June 17, 2024

                                          _____
                                          HON. MICHAEL R. WILNER
                                          UNITED STATES MAGISTRATE JUDGE